CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
SEP 2 5 2007
JOHN F. CORCORAN, CLERK
BY: /s/
   DEPUTY CLERK

| | |
|---|---|
| BENJAMIN JERMAINE TUCKER, ) | |
|    Petitioner, ) | Civil Action No. 7:07CV00224 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| NOTTAWAY CORRECTIONAL ) | |
| CENTER, VIRGINIA DEPT. OF ) | |
| CORRECTIONS, ) | By: Hon. Glen E. Conrad |
|    Respondent. ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED** and Tucker's petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, shall be and hereby is **DISMISSED**. This case shall be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and accompanying Memorandum Opinion to petitioner.

ENTER: This 25th day of September, 2007.

/s/ Glen E. Conrad
United States District Judge